# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**VA 2-377-965**

**Effective Date of Registration:**
December 01, 2023
**Registration Decision Date:**
January 09, 2024

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: January 01, 2023 to December 01, 2023

### Title

        Title of Group: Fine Art Alpine Series
Number of Photographs in Group: 6

### Completion/Publication

        Year of Completion: 2023
Earliest Publication Date in Group: January 01, 2023
Latest Publication Date in Group: December 01, 2023
    Nation of First Publication: United States

### Author

            • Author: Tony Kelly
        Author Created: photographs
           Citizen of: United States
           Year Born: 1975

### Copyright Claimant

    Copyright Claimant: Tony Kelly
                                1447 N Hayworth Ave, West Hollywood, CA, 90046

### Rights and Permissions

              Name: Tony Kelly
              Email: liam@tonykellyphotography.com
       Telephone: (323)828-8566
          Address: 1447 N Hayworth Ave

