IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TONY KELLY,

                Plaintiff,

v.

SCHEDULE A DEFENDANTS,

                Defendants.

Civil Action No. 26-cv-175

(Judge Weigand)

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF**
***EX PARTE* MOTION TO UNSEAL THE CASE**

Plaintiff Tony Kelly hereby respectfully provides notice to the Court of his withdrawal of

Plaintiff's *Ex Parte* Motion to Unseal the Case (ECF No. 30).

Respectfully submitted,

Dated: March 19, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorneys for Plaintiff